VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO 44112
(216) 851-3304
FAX (216) 851-2900

May 29, 2010

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio 44113

/#116

C#150379

Re: James E. & Doris Thomas
    Bankruptcy Case 08-12068

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we are submitting the enclosed small dividend check and/or unclaimed funds for the above case:

Amount:                                    $ 875.56
Creditor:                       Citibank South Dakota NA
                                       4740 121st
                                   Urbandale, IA 50323

Proof of Claim amount                       $851.41

Check Number                                  109

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb

08-12068-aih    Doc 43    FILED 06/03/10    ENTERED 06/03/10 13:39:12    Page 1 of 1